IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

POLLY STRATTON                                                                                          PLAINTIFF
ADC #750283

V.                                    NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for appointment of counsel, and for injunctive relief (docket entry #54) is DENIED.

DATED this __12__ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE