**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

POLLY STRATTON                                                                                         PLAINTIFF
ADC #750283

V.                                            NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Attached to plaintiff's objections were several request seeking information regarding plaintiff's previous request for injunctive relief, copies of docket entries, and procedural questions regarding her case. The Clerk of the Court is directed to send plaintiff a copy of the Court's Order which denied her motion for injunctive relief and a copy of her docket sheet. The Clerk of the Court is also directed to file the last page of plaintiff's objection as a separate motion which seeks procedural information regarding her case.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed with her claims against Norris, Maples, Capel, Taylor, Payne, Dixon, Mays, Hobbs, Covington, Jarrett, Dunavion, Parker, Dewitt, Daniels, Sellers, Pratt, Tiner, Anderson, Matthews, CMS, Deen, Fortune, Williams, Cpl. Jones, and Dutton/Jackson, and all her claims against all other Defendants are DISMISSED, and the other Defendants' names are

removed as party Defendants.

    2.    With the exception of her motion to add CMS as a Defendant, all of Plaintiff's motions filed at docket entry #45 are DENIED.

    DATED this __20__ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE