**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

POLLY STRATTON                                                                                            PLAINTIFF
ADC #750283

V.                                        NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed plaintiff's additional objections filed on February 22, 2008 in which she contends that her objections to the February 4, 2008 Proposed Findings and Partial Recommended Disposition of February should have been considered by this Court. A review of the record reflects that the Court did consider plaintiff's February 14, 2008 objections before making its decision on February 20, 2008 to adopt the Magistrate Judge's Proposed Findings and Partial Recommended Disposition. The Court has now carefully considered the additional objections and finds no reason to change its original decision.

To the extent that these objections are a Motion to Reconsider, the motion is denied.

DATED this  25  day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE