**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

POLLY STRATTON                                                                                          PLAINTIFF
ADC #750283

V.                                    NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's motion to amend (docket entry #68) is DENIED.

2.    Plaintiff's motion for injunctive relief (docket entry #68) is DENIED.

DATED this  6   day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE