## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

POLLY STRATTON                                                PLAINTIFF
ADC #750283

V.                  NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. There have been no objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for injunctive relief (docket entry #105) is DENIED.

DATED this __10__ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE