## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

POLLY STRATTON                                                                                              PLAINTIFF
ADC #750283

V.                                        NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and plaintiff's declarations filed on May 16, and May 28, 2008. After carefully considering the declarations and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motions for injunctive relief (docket entries #25-#26) are DENIED.

DATED this __30__ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE