**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

POLLY STRATTON                                                                                          PLAINTIFF
ADC #750283

V.                                         NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                        DEFENDANTS

## ORDER

Plaintiff's request for additional time to present evidence which she alleges the Magistrate Judge has suppressed is granted. Plaintiff shall have an additional eleven days from the date of this Order to present her evidence.

DATED this __12__ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE