# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

POLLY STRATTON                                                                                      PLAINTIFF
ADC #750283

V.                                      NO: 1:07CV00053 JMM/HDY

JOHN MAPLES, JR. *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. There have been no objections filed. After making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to dismiss her complaint (Docket #221) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

The Clerk of the Court is directed to return plaintiff's documents submitted in connection with her motion for reconsideration.

The Court certifies than an *in forma pauperis* appeal taken from this order and judgment dismissing this action would be frivolous and not in good faith.

DATED this ___8___ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE