**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**


**POLLY STRATTON
ADC #750283**                                                                      **PLAINTIFF**


**VS.**                          **CASE NO. 1:07CV00053 JMM**


**JOHN MAPLES, JR., ET AL.**                                          **DEFENDANT**


**ORDER**

Plaintiff's Motion to Dismiss is denied as moot (#235) as plaintiff's complaint was

dismissed without prejudice on July 8, 2008.  Plaintiff's Motion for Return of Property is also

denied as moot (#236) because the Clerk on July 8, 2008, returned the requested material by

certified mail.

IT IS SO ORDERED THIS  11  day of  July , 2008.



James M. Moody
United States District Judge