# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

POLLY STRATTON                                                                                              PLAINTIFF
ADC #750283

V.                                             NO: 1:07CV00053 JMM

JOHN MAPLES, JR. *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23 day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE